# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORMAN GOTCHER, JR.,

      Petitioner,

  v.

DEPARTMENT OF CORRECTIONS, et al.,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.   C11-156-MJP

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

     The Report and Recommendation is adopted and approved. Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus is **DENIED** and this matter is **DISMISSED** with prejudice. Issuance of a certificate of appealability is **DENIED**.

     Dated this __16th_____ day of ___September__, 2011.

                                                      _____WILLIAM M. McCOOL_____
                                                                   Clerk

                                                     ___/s/ Mary Duett _____
                                                     Deputy Clerk